UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA, J13647, <br> Plaintiff, <br> v. <br> C. E. DUCART, et al., <br> Defendant(s). | Case No. 17-cv-05399-CRB  (PR) <br><br> **ORDER GRANTING REQUEST FOR STAY OF PROCEEDINGS AND DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** <br><br> (ECF Nos. 41 & 67) |

Good cause appearing, plaintiff's unopposed request for a stay of proceedings (ECF No. 67) pending resolution of his permitted interlocutory appeal of this court's denial of a preliminary injunction is GRANTED.

The clerk is instructed to ADMINISTRATIVELY CLOSE this case. Nothing further will take place in this case until the permitted interlocutory appeal is resolved in the Ninth Circuit and, within 30 days thereafter, plaintiff moves to reopen the case and lift the court's stay.

Defendants' motion for summary judgment (ECF No. 41), to which plaintiff has not yet responded, is DISMISSED without prejudice to re-noticing or renewing after the case is reopened and the stay is lifted.

**IT IS SO ORDERED**.

Dated: January 31, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>  Plaintiff,<br><br>v.<br><br>C. E. DUCART, et al.,<br><br>  Defendants. | Case No. 3:17-cv-05399-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny James Cohea ID: J13647
Centinela State Prison
P.O. Box 901, Housing: C1-102L
Imperial, CA 92251

Dated: January 31, 2020

                Susan Y. Soong
                Clerk, United States District Court

                By: /s/ L. Scott
                Lashanda Scott, Deputy Clerk to the
                Honorable CHARLES R. BREYER